# Exhibit A

LARA Home    Contact LARA    Online Services    News    MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number: 800555065**    [Request certificate]    [New search]

**Summary for:** VITALE'S ITALIAN RESTAURANT, INC.

The name of the **DOMESTIC PROFIT CORPORATION:** VITALE'S ITALIAN RESTAURANT, INC.

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800555065  **Old ID Number:** 536173

**Date of Incorporation in Michigan:** 02/17/1987

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2018    **Most Recent Annual Report with Officers & Directors:** 2018

### The name and address of the Resident Agent:

| Field | Value | | | |
|---|---|---|---|---|
| Resident Agent Name: | SALVATORE VITALE | | | |
| Street Address: | 834 LEONARD, N.E. | | | |
| Apt/Suite/Other: | | | | |
| City: | GRAND RAPIDS | State: MI | Zip Code: | 49503 |

### Registered Office Mailing address:

| Field | Value | | | |
|---|---|---|---|---|
| P.O. Box or Street Address: | | | | |
| Apt/Suite/Other: | | | | |
| City: | | State: | Zip Code: | |

### The Officers and Directors of the Corporation:

| Title | Name | Address |
|---|---|---|
| PRESIDENT | SALVATORE VITALE | 834 LEONARD, N.E. GRAND RAPIDS, MI 49503 USA |
| TREASURER | SALVATORE VITALE | 834 LEONARD, N.E. GRAND RAPIDS, MI 49503 USA |
| SECRETARY | SALVATORE VITALE | 834 LEONARD, N.E. GRAND RAPIDS, MI 49503 USA |
| DIRECTOR | SALVATORE VITALE | 834 LEONARD, N.E. GRAND RAPIDS, MI 49503 USA |

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares:** 50,000

☐ **Written Consent**

**View filings for this business entity**