# Exhibit B

Case 1:18-cv-00766-HYJ-RSK ECF No. 1-2, PageID.34 Filed 07/11/18 Page 2 of 2

LARA Home   Contact LARA   Online Services   News   MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

| | |
|---|---|
| **ID Number: 800132817** | Request certificate    New search |

**Summary for:** VITALE'S SPORT & LOUNGE, INC.

**The name of the DOMESTIC PROFIT CORPORATION:** VITALE'S SPORT & LOUNGE, INC.

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800132817  **Old ID Number:** 128967

**Date of Incorporation in Michigan:** 06/09/1994

**Purpose:**

**Term:** Perpetual

**Most Recent Annual Report:** 2017    **Most Recent Annual Report with Officers & Directors:** 2001

**The name and address of the Resident Agent:**

Resident Agent Name: AGOSTINO VITALE
Street Address: 3868 W RIVER DR
Apt/Suite/Other:
City: COMSTOCK PARK    State: MI    Zip Code: 49321

**Registered Office Mailing address:**

P.O. Box or Street Address:
Apt/Suite/Other:
City:    State:    Zip Code:

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares:** 50,000

☐ **Written Consent**

---

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
```

View filings

**Comments or notes associated with this business entity:**