# Exhibit C



LARA Home　　Contact LARA　　Online Services　　News　　MI.gov

# Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number:** 800065608　　　　　　　　　　　　　　　　[Request certificate]　[New search]

**Summary for:** VITALES PIZZA OF ADA, INC.

The name of the **DOMESTIC PROFIT CORPORATION:** VITALES PIZZA OF ADA, INC.

---

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800065608　**Old ID Number:** 056379

**Date of Incorporation in Michigan:** 01/01/1994

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2017　　　　**Most Recent Annual Report with Officers & Directors:** 2017

**The name and address of the Resident Agent:**

Resident Agent Name: ANGELA LOGIUDICE-POLIZZI
Street Address: 4973 WEST VILLAGE CT SE
Apt/Suite/Other:
City: ADA　　State: MI　　Zip Code: 49301

**Registered Office Mailing address:**

P.O. Box or Street Address:
Apt/Suite/Other:
City:　　State:　　Zip Code:

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | ANGELA LOGIUDICE | 4973 WEST VILLAGE CT SE ADA, MI 49301 USA |
| TREASURER | ANGELA LOGIUDICE | 4973 WEST VLLAGE CT SE ADA, MI 49301 USA |
| SECRETARY | GIUSEPPE POLIZZI | 4973 WEST VILLAGE CT SE ADA, MI 49301 USA |
| DIRECTOR | FRANCESCO POLIZZI | 4973 WEST VILLAGE CT SE ADA, MI 49301 USA |

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares:** 60,000

☐ **Written Consent**

**View filings for this business entity:**