# Exhibit D



LARA Home    Contact LARA    Online Services    News    MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number:** 800303167          [Request certificate]   [New search]

**Summary for:** VITALE'S PIZZERIA, INC.

The name of the **DOMESTIC PROFIT CORPORATION:** VITALE'S PIZZERIA, INC.

---

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800303167   **Old ID Number:** 288998

**Date of Incorporation in Michigan:** 05/05/1995

**Purpose:**

**Term:** Perpetual

**Most Recent Annual Report:** 2018          **Most Recent Annual Report with Officers & Directors:** 2018

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | SALVATORE VITALE |
| Street Address: | 834 LEONARD NE |
| Apt/Suite/Other: | |
| City: | GRAND RAPIDS    State: MI    Zip Code: 49503 |

**Registered Office Mailing address:**

P.O. Box or Street Address:
Apt/Suite/Other:
City:                                    State:              Zip Code:

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | SALVATORE VITALE | 834 LEONARD NE GRAND RAPIDS, MI 49503 USA |
| TREASURER | SALVATORE VITALE | 834 LEONARD NE GRAND RAPIDS, MI 49503 USA |
| SECRETARY | SALVATORE VITALE | 834 LEONARD NE GRAND RAPIDS, MI 49503 USA |
| DIRECTOR | SALVATORE VITALE | 834 LEONARD NE GRAND RAPIDS, MI 49503 USA |

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares:** 50,000

☐ **Written Consent**

[View Assumed Names for this Business Entity]



**The name of the DOMESTIC PROFIT CORPORATION:** VITALE'S PIZZERIA, INC.

**Identification Number:** 800303167　　　　　　**Old ID Number:** 288998

| Assumed Name | Creation Date | Renewal Date | Expiration Date | Two or more entities assuming the same name |
|---|---|---|---|---|
| VITALE'S | 9/22/1998 | 10/20/2003 | 12/31/2008 | |
| VITALE'S | 5/10/2011 | 10/4/2016 | 12/31/2021 | |
| VITALE'S III | 12/16/1998 | 10/20/2003 | 12/31/2008 | |
| VITALE'S III | 5/10/2011 | 10/4/2016 | 12/31/2021 | |
| VITALE'S IV | 12/16/1998 | 10/20/2003 | 12/31/2008 | |
| VITALE'S IV | 5/10/2011 | 10/4/2016 | 12/31/2021 | |
| VITALE'S PIZZA | 12/16/1998 | 10/20/2003 | 12/31/2008 | |
| VITALE'S V | 12/16/1998 | 10/20/2003 | 12/31/2008 | |
| VITALE'S V | 5/10/2011 | 10/4/2016 | 12/31/2021 | |

Back to Business Entity Summary

LARA FOIA Process　　Transparency　　Office of Regulatory Reinvention　　State Web Sites

Michigan.gov Home　　ADA　　Michigan News　　Policies

Copyright 2018 State of Michigan