# Exhibit E



## OUR RICH HISTORY OF QUALITY FOOD

For more than 50 years the Vitale family has been serving West Michigan with the continued family tradition of great service and delicious food! Throughout the years, Vitale's has grown into the full service restaurants we are today. We not only want to exceed your expectations of quality food, service, and atmosphere, but our hope is to be deeply rooted in serving the community as well. We operate our restaurants with integrity and respect, and we do it in a personal way.

Current owner of Vitale's Sam Vitale continues the family traditions he founded in Grand Rapids back in 1966. Sam Vitale lives locally in Grand



Rabios and is active in the daily operations of the business. Sam is proud to carry on the family tradition (which he learned from his mother Marla and brother Joe) of delicious award winning pizza that has continued to draw in customers from far and wide.

With an extensive menu that includes salads, burgers, seafood, subs, pasta, and of course our award winning pizza, it won't take you long to realize there is something for everyone at Vitale's! Our diverse list of delicious entrees is just one of the reasons our customers keep coming back. With a full service bar, many flat screen TVs, carry out dining, online ordering, and a long list of specials and exclusive offers, it won't take you long to realize that our customers are our top priority!

© 2018 Vitale's Pizza. All Rights Reserved. Powered by