# Exhibit F

CSCL/CD-2500 (12/16)

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**PROFIT CORPORATION ANNUAL REPORT**
## 2017



Due May 15, 2017     File Online at www.michigan.gov/fileonline

| Identification Number | Corporation name |
|---|---|
| **128967** | VITALE'S SPORT & LOUNGE, INC. |

Resident agent name and mailing address of the registered office

AGOSTINO VITALE
3868 W RIVER DR
COMSTOCK PARK MI 49321

FILED
MAY 30 2017
CORPORATIONS DIVISION

RECEIVED
MAY 10 2017
LARA $25.00

**For Bureau use only**
**Fee Received**
☐ $25 before May 16
☐ $35 (May 16 - 31)
☐ $45 (June 1 - 30)
☐ $55 (July 1 - 31)
☐ $65 (Aug 1 - 31)
☐ $75 after August 31

The address of the registered office
3868 W RIVER DR
COMSTOCK PARK MI 49321

☒ To certify there are no changes from the previous year filed report, check this box and proceed to item 6.
If the resident agent and/or registered office has changed, proceed to item 1 and do not check this box.
If only officer and director information has changed, proceed to item 4 and do not check this box.

1. Mailing address of registered office in Michigan if changed (may be a P.O. Box)

2. Resident Agent if changed

3. The address of the registered office in Michigan if changed (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation engaged in during the year covered by this report:

5. 
| | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| President (Required) | | |
| Secretary (Required) | | |
| Treasurer (Required) | | |
| Director | | |
| Director | | |
| Director | | |
| Director | | |

If different than President

If different than Officers

6. Signature of authorized officer or agent: *[signature]*   Title: OWNER   Date: 5/5/17   Phone (Optional):

## Filing fee $25
## Report due May 15, 2017.
If received after May 15, penalty fees will be assessed.

File online at www.michigan.gov/fileonline
or mail your completed report with a check or money order payable to the State of Michigan.
Return to: Corporations Division
P.O. Box 30481
Lansing, MI 48909
(517) 241-6470

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 284, Public Acts of 1972, as amended. Failure to file this report may result in the dissolution of the corporation. Late filing will result in penalty fees.