# Exhibit G

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU
PROFIT CORPORATION ANNUAL REPORT

## 2017

☒ On behalf of the corporation, I certify that no changes have occurred in the required information since the last year filed annual report.

| Identification Number | Corporation Name |
|---|---|
| 536173 | VITALE'S ITALIAN RESTAURANT, INC. |

Resident agent name and mailing address of the registered office

**SALVATORE VITALE**



**MI**

The address of the registered office
**834 LEONARD, N.E.**

**GRAND RAPIDS MI 49503**

Describe the purpose and activities of the corporation during the year covered by this report:



### Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| **BELINDA PIERSON** | **AUTHORIZED OFFICER OR AGENT** | **616-458-6265** |

☒ I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

### Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $25 | 02/03/2017 11:57:11 | 71315 6801 536173 2017 |