# Exhibit H

| | 087 | No. _____ | | 1 |
|---|---|---|---|---|
| | **Torres, Emilo** | | | |
| | BAR | | | |
| | Pay Period: | 02/26/2018-03/04/2018 | | |

| IN | OUT | HOURS WORKED | ACCUMULATED TOTAL | COMMENTS |
|---|---|---|---|---|
| Fe Mo 5:10P | Tu 12:01A | 6:51 | 6:51 | |
| Tu 10:31A | Tu 10:01P | 11:30 | 18:21 | |
| We 7:26A | We 7:58P | 12:32 | 30:53 | |
| Mr Fr 7:33A | Fr 5:19P | 9:46 | 40:39 | |

| | 100 | No. _____ | | 1 |
|---|---|---|---|---|
| | **Torres, Emilo** | | | |
| | BAR****** | | | |
| | Pay Period: | 02/26/2018-03/04/2018 | | |

| IN | OUT | HOURS WORKED | ACCUMULATED TOTAL | COMMENTS |
|---|---|---|---|---|
| Fe Mo 7:32A | Mo 5:10P | 9:38 | 9:38 | |
| Mr Th 7:35A | | 42 | 13:17 | |
| Th 8:42P | | | | |
| Fr 5:19P | Fr 9:22P | 4:03 | 13:41 | |
| Sa 8:34A | Sa 8:28P | 11:54 | 25:35 | 38:52 EM |