# Exhibit I

**037** — S.Simplex

Torres, Emilo
BAR
Pay Period: 12/11/2017-12/17/2017

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Mo 7:54A | Mo 8:23P | 12:29 | 12:29 | |
| Tu 1:37P | Tu 9:12P | 7:35 | 20:04 | |
| We 4:00P | We 6:53P | 2:53 | 22:57 | |
| Th 11:54A | Th 8:15P | 8:21 | 31:18 | |
| Sa 9:01A | Sa 3:51P | 6:50 | 38:08 | |

**039** — S.Simplex

Torres, Emilo
BAR******
Pay Period: 12/11/2017-12/17/2017

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Tu 7:43A | Tu 1:37P | 5:54 | 5:54 | |
| We 7:44A | We 4:00P | 8:16 | 14:10 | |
| Th 7:51A | Th 11:54A | 4:03 | 18:13 | |
| Fr 7:41A | Fr 8:38P | 12:57 | 31:10 | |
| Sa 3:51P | Sa 8:12P | 4:21 | 35:31 | |