UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EMILIO TORRES,<br>　　　Plaintiff,<br><br>v.<br><br>SALVATORE VITALE, ET AL.,<br>　　　Defendants. | No. 1:18-cv-766<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the Opinion and Order entered on this date, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  April 19, 2019               /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　United States District Judge