UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**EMILIO TORRES,** an individual,
       Plaintiff,

v.

**SALVATORE VITALE,** an individual, and
**BELINDA PIERSON,** an individual,
jointly and severally,
       Defendants.

Case No.  18-CV-766
Hon. Hala Y. Jarbou

| AVANTI LAW GROUP, PLLC | RHOADES MCKEE, PC |
|---|---|
| Robert Anthony Alvarez (P66954) | Hal Ostrow (P63999) |
| Attorneys for Plaintiff | Ian A. Northon (P65082) |
| 600 28th St. SW | Catherine Brainerd (P70202) |
| Wyoming, MI 49509 | Patrick Sweeney (P79822) |
| (616) 257-6807 | Attorneys for Defendants |
| ralvarez@avantilaw.com | 55 Campau Ave. N.W., Suite 300 |
| | Grand Rapids, MI 49503 |
| | (616) 235-3500 |
| | ian@rhoadesmckee.com |

### MOTION FOR LEAVE TO FILE
### PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT

### ORAL ARGUMENT REQUESTED

Plaintiff, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2), hereby moves this Court to grant him leave to file his proposed Second Amended Class Action Complaint. In support of his Motion for Leave to File Plaintiff's Second Amended Class Action Complaint, Plaintiff relies upon his Brief in Support as well as his proposed Second Amended Class Action Complaint attached to his Brief in Support as Exhibit 1.

WHEREFORE, Plaintiff requests that this Court grant him leave to file his proposed Second Amended Class Action Complaint, and grant such other relief as the Court deems just and proper.

Dated: November 2, 2020

Respectfully Submitted,

*/s/   Robert Anthony Alvarez*            .
Robert Anthony Alvarez (P66954)
Attorney for Plaintiff
Avanti Law Group. PLLC