UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILIO TORRES,

        Plaintiff,                              Case No. 1:18–cv–766

v.                                         Hon. Hala Y. Jarbou

SALVATORE VITALE, et al.,

        Defendants.

_____/

### ORDER

It is ordered that the parties' Stipulation of Voluntary Dismissal (ECF No. 52) is GRANTED. Plaintiff's Original Complaint and Plaintiff's First Amended Complaint against Defendants are withdrawn and voluntarily dismissed with prejudice.

IT IS SO ORDERED.

Dated:  January 7, 2021                                  /s/ Hala Y. Jarbou
                                                                  HALA Y. JARBOU
                                                                   United States District Judge